THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Cortez Brown,       
Appellant.
 
 
 

Appeal From Williamsburg County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2005-UP-183
Submitted March 1, 2005 – Filed March 11, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Cortez Brown was convicted on one count of being an accessory after the fact of armed robbery.  Brown’s appellate counsel has petitioned to be relieved as counsel, stating she has reviewed the record and concluded Brown’s appeal is without merit.  The sole issue briefed by counsel concerns whether the circuit court erred in failing to grant Brown’s motion to sever his trial from the trial of a co-defendnat.  Brown did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsel’s petition to be relieved.[1]    
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.